ORIGINAL

frankpalomo.inf

LEONARDO M. RAPADAS
United States Attorney
JOSEPH TOCK
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
JAN 10 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>FRANKLIN G. PALOMO, and<br>JOSEPH G. PALOMO,<br>Defendants. | MAGISTRATE CASE NO. 06-00001<br>**INFORMATION**<br>**UNLAWFUL TAKING OF WILDLIFE**<br>[5 G.C.A. §§ 63121]<br>[18 U.S.C. §§ 7(3) & 13]<br>**ENTERING MILITARY PROPERTY**<br>[18 U.S.C. § 1382] |

THE UNITED STATES ATTORNEY CHARGES THAT:

**COUNT 1 - UNLAWFUL TAKING, POSSESSION, OR TRANSPORTATION OF WILDLIFE**

On or about November 3, 2005, in the District of Guam, the defendants, FRANKLIN G. PALOMO and JOSEPH G. PALOMO, at a place within the special maritime and territorial jurisdiction of the United States, namely Andersen Air Force Base, Guam, on land acquired for the use of the United States and under its concurrent jurisdiction, did knowingly and unlawfully attempt to take and possess wildlife, to wit: deer or pig, in violation of Title 5, Guam Code Annotated, Section 63121, and Title 18, United States Code, Sections 7(3) and 13.

# COUNT 2 - ENTERING MILITARY PROPERTY

On or about November 3, 2005, in the District of Guam, the defendant, FRANKLIN G. PALOMO and JOSEPH G. PALOMO, went upon a United States military reservation, to wit: Andersen Air Force Base, Guam, for a purpose prohibited by law or lawful regulation, that is, intending to engage in conduct in violation of Title 5 Guam Code annotated, Section 63121, in violation of Title 18 United States Code, Section 1382.

DATED this 11th day of January 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: *[signature]*
JOSEPH TOCK
Special Assistant U.S. Attorney