# Criminal Case Cover Sheet

**U.S. District Court**

**Place of Offense:**
City _____Hagåtña_____

Country/Parish _____

**Related Case Information:**

Superseding Indictment _____ Docket Number MG 06-00001
Same Defendant _____ New Defendant ___X___
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes _____ No __X__   Matter to be sealed: _____ Yes __X__ No

Defendant Name _____Franklin Palomo_____

Alias Name _____

Address _____

_____Yigo, Guam_____

Birthdate __1956__  SS# _xxx-xx-9842_  Sex __M__  Race __PI__  Nationality __Chamorro__

**U.S. Attorney Information:**

AUSA ___Joseph Tock___

**Interpreter:** __X__ No ___ Yes   List language and/or dialect: _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __2__     ____ Petty __X__ Misdemeanor ____ Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| 5 GCA § 63121 | | |
| Set 1  18 USC 7(3) & 13 | Unlawful Taking, Possession or Transportation of Wildlife | 1 |
| Set 2  18 USC 1382 | Entering Military Property | 2 |
| Set 3 | | |
| Set 4 | | |

(May be continued on reverse)

Date: __1-10-06__   Signature of AUSA: __Joseph Tock__

**RECEIVED**
JAN 10 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM