# Criminal Case Cover Sheet           U.S. District Court

**Place of Offense:**

City _____Hagåtña_____

Country/Parish _____

**Related Case Information:**

Superseding Indictment _____ Docket Number MG06-0000 1
Same Defendant _____ New Defendant __X__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

**Juvenile: Yes ___ No _X_**  **Matter to be sealed: ___ Yes _X_ No**

Defendant Name _____Joseph Palomo_____

Alias Name _____

Address _____

_____Yigo, Guam_____

Birthdate _1955_ SS# _xxx-xx-7615_ Sex _M_ Race _PI_ Nationality _Chamorro_

**U.S. Attorney Information:**

AUSA _____Joseph Tock_____

**Interpreter:** _X_ No ___ Yes   List language and/or dialect: _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __2__   ___ Petty _X_ Misdemeanor ___ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| | 5 GCA § 63121 | | |
| Set | 1  18 USC 7(3) & 13 | Unlawful Taking, Possession or Transportation of Wildlife | 1 |
| Set | 2  18 USC 1382 | Entering Military Property | 2 |
| Set | 3 | | |
| Set | 4 | | |

(May be continued on reverse)

Date: _1-10-06_   Signature of AUSA: _Joseph Tock_

**RECEIVED**
JAN 10 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM