ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
JOSEPH TOCK
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
JAN 10 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> FRANKLIN G. PALOMO, and <br> JOSEPH G. PALOMO, <br><br> Defendants. | MAGISTRATE CASE NO. 06-00001 <br><br> **UNITED STATES' REQUEST FOR ISSUANCE OF SUMMONS** ~~AND ORDER~~ |

Comes now the United States of America and requests this Honorable Court issue summons for defendants, FRANKLIN G. PALOMO and JOSEPH G. PALOMO, based on an Information charging the defendants with one count of Assimilative Crimes Act - Unlawful Taking of Wildlife as a misdemeanor in violation to Title 18, United States Code, Sections 7(3) and 13 and one count of Entering Military Property as a misdemeanor in violation of Title 18, United States Code, Section 1382.

Respectfully submitted this 10th day of January 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
JOSEPH TOCK
Special Assistant U.S. Attorney