LEONARDO M. RAPADAS
United States Attorney
JOSEPH TOCK
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
JAN 1 1 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) MAGISTRATE CASE NO. 06-00001 |
| Plaintiff. | ) |
| vs. | ) **O R D E R** |
| | ) Re: January 10, 2006 |
| FRANKLIN G. PALOMO, and | ) United States Request for Issuance |
| JOSEPH G. PALOMO, | ) Of Summons |
| Defendants. | ) |

IT IS SO ORDERED that a summons for Defendant FRANKLIN G. PALOMO be issued, summoning said defendant to appear in Court on Tuesday, January 24, 2006 at 9:00 a.m. for an initial appearance and arraignment.

January 11, 2006
DATE

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge

**ORIGINAL**