IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES



**FILED**
DISTRICT COURT OF GUAM
JAN 24 2006
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. MG-06-00001**          **DATE: 01/24/2006**

***

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding          Law Clerk: Judith Hattori
Court Recorder: Wanda M. Miles                                          Courtroom Deputy: Virginia T. Kilgore
**Hearing Electronically Recorded: 9:46:19 - 9:51:06**                  CSO: F. Tenorio

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***A P P E A R A N C E S**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFT: FRANKLIN G. PALOMO**                           **ATTY : ALEXANDER MODABER**
( X ) PRESENT  ( ) CUSTODY  ( ) BOND  ( X ) P.R.      ( X ) PRESENT  ( ) RETAINED  ( X ) FPD  ( ) CJA APPOINTED

**U.S. ATTORNEY: JUSTIN OLIVER**                       **AGENT:**

**U.S. PROBATION: ROSANNA VILLAGOMEZ-AGUON**           **U.S. MARSHAL: V. ROMAN / J. CURRY**

**INTERPRETER:** _____   ( ) SWORN   **LANGUAGE:** _____

***

**PROCEEDINGS: INITIAL APPEARANCE AND ARRAIGNMENT**

( ) COMPLAINT READ TO DEFENDANT
( X ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED: __FEDERAL PUBLIC DEFENDER__, ATTORNEY APPOINTED
( ) DEFENDANT SWORN AND EXAMINED: AGE: ___   HIGH SCHOOL COMPLETED: _____
( ) DEFENDANT ARRAIGNED AND ADVISED OF HIS RIGHTS, CHARGES AND PENALTIES
( ) REMOVAL/IDENTITY HEARING ( ) CONDUCTED ( ) WAIVED ( ) SET FOR:_____ at _____
( ) WARRANT OF REMOVAL ISSUED
( ) GOV'T SUMMARIZES THE EVIDENCE      ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT
    OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVES READING OF ( ) COMPLAINT ( ) INFORMATION ( ) INDICTMENT
( ) PLEA ENTERED: ( ) *GUILTY* ( ) *NOT GUILTY* - TO:_____
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( ) PLEA AGREEMENT FILED: _____ PLEA: ( ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO:_____ FOR RECOMMENDATION.

( ) SENTENCING DATE: _____ at _____   ( ) STATUS HEARING:_____ at _____
( ) PRESENTENCE REPORT ORDERED AND DUE: _____
( ) PRELIMINARY EXAMINATION SET FOR: _____
( ) ARRAIGNMENT SET FOR: _____ at _____
( ) TRIAL SET FOR: _____

PROCEEDINGS CONTINUED TO: _____ at _____
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( ) *PROCESSING* ( ) *DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR:_____ at _____
( ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

**NOTES:**

The Court advised the defendant of his rights. Defendant waived his right to trial judgment before a district judge. The Government stated that he has received proof that defendant has paid his fine in full and moved to dismiss this case without prejudice. GRANTED.