```
                                                FILED
                                        DISTRICT COURT OF GUAM

                                            JAN 24 2006 

                                            MARY L.M. MORAN
                        DISTRICT COURT OF GUAM   CLERK OF COURT

                                TERRITORY OF GUAM
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAGISTRATE CASE NO. 06-00001 |
| Plaintiff, | |
| vs. | |
| | APPOINTMENT ORDER |
| FRANKLIN G. PALOMO, | |
| Defendant. | |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent the defendant in the above-entitled case *nunc pro tunc* to January 12, 2006.

Dated this 24th day of January, 2006.

_____
JOAQUIN V. E. MANIBUSAN, JR.
MAGISTRATE JUDGE
U.S. DISTRICT COURT OF GUAM

**ORIGINAL**